1  SANDRA G. TALBOTT, Interim City Attorney (SBN 140099)
2  **SARI MYERS DIERKING, Senior Deputy City Attorney (SBN 226805)**
   SDierking@cityofsacramento.org
3  CITY OF SACRAMENTO
   Mailing:  P.O. Box 1948, Sacramento, CA  95812-1948
4  Office:  915 I Street, 4th Floor, Sacramento, CA  95814
   Telephone:  (916) 808-5346
5  Telecopier:  (916) 808-7455

6  Attorneys for the CITY OF SACRAMENTO

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11 PORSHA NELSON                          Case No.:  2:11-CV-03318-JAM-KJN

12              Plaintiff,               **STIPULATED DISMISSAL OF THE
                                         ENTIRE ACTION WITH PREJUDICE;**
13       vs.                             **ORDER THEREON**

14 CITY OF SACRAMENTO; City of            [FRCP 41(a)(1)]
15 Sacramento Police Officer SCOTT BLYNN
   (#525); City of Sacramento Police Officer
16 COREY MORGAN (#782); City of
   Sacramento Police Officer BRIAN SURJAN
17 (#426); and DOES 1 through 20, inclusive

18              Defendants.

19

20       The  parties  to  this  action,  by  and  through  their  counsel  of  record,  stipulate  to  the

21 dismissal of this entire action and all defendants with prejudice.

22

23 DATED:  September _6_, 2012          SANDRA G. TALBOTT
   Office of the Sacramento City Attorney   Interim City Attorney
24 915 I. Street, 4th Floor
   Sacramento, CA  95814         By:_____/s/ Sari Myers Dierking_____
25 (916) 808-5346                     **SARI MYERS DIERKING**
   SBN:  226805                        Senior Deputy City Attorney
26

27                                      Attorneys for the
                                        CITY OF SACRAMENTO
28

                                      1

1  DATED:  September _10_, 2012                LAW OFFICE OF STEWART KATZ
2  555 University Avenue, Suite 270
   Sacramento, CA  95825
3  (916) 444-5678                              By: ___/s/ Stewart Katz_____
   SBN:  127425                                     **STEWART KATZ**
4                                                    Attorney for PORCHA NELSON

5

6                                          **<u>ORDER</u>**

7       IT IS HEREBY ORDERED, that this action is dismissed in its entirety and as to all

8  defendants, with prejudice.

9  DATED:  9/17/2012                        /s/ John A. Mendez_____

10                                          Honorable John A. Mendez

11                                          UNITED STATES DISTRICT COURT JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATED DISMISSAL OF THE ENTIRE ACTION WITH PREJUDICE; ORDER THEREON