SANDRA G. TALBOTT, Interim City Attorney (SBN 140099)
**SARI MYERS DIERKING, Senior Deputy City Attorney (SBN 226805)**
SDierking@cityofsacramento.org
CITY OF SACRAMENTO
Mailing: P.O. Box 1948, Sacramento, CA  95812-1948
Office:  915 I Street, 4th Floor, Sacramento, CA  95814
Telephone:  (916) 808-5346
Telecopier:  (916) 808-7455

Attorneys for the CITY OF SACRAMENTO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PORSHA NELSON<br><br>           Plaintiff,<br><br>   vs.<br><br>CITY OF SACRAMENTO; City of Sacramento Police Officer SCOTT BLYNN (#525); City of Sacramento Police Officer COREY MORGAN (#782); City of Sacramento Police Officer BRIAN SURJAN (#426); and DOES 1 through 20, inclusive<br><br>           Defendants. | Case No.: 2:11-CV-03318-JAM-KJN<br><br>**STIPULATED DISMISSAL OF THE ENTIRE ACTION WITH PREJUDICE; ORDER THEREON**<br><br>[FRCP 41(a)(1)] |

The parties to this action, by and through their counsel of record, stipulate to the dismissal of this entire action and all defendants with prejudice.

DATED: September _6_, 2012           SANDRA G. TALBOTT
Office of the Sacramento City Attorney    Interim City Attorney
915 I. Street, 4th Floor
Sacramento, CA  95814           By:        /s/ Sari Myers Dierking
(916) 808-5346                  **SARI MYERS DIERKING**
SBN: 226805                      Senior Deputy City Attorney

                                Attorneys for the
                                CITY OF SACRAMENTO

DATED: September _10_, 2012          LAW OFFICE OF STEWART KATZ
555 University Avenue, Suite 270
Sacramento, CA  95825
(916) 444-5678                                   By: ___/s/ Stewart Katz_____
SBN: 127425                                       **STEWART KATZ**
                                                              Attorney for PORCHA NELSON

## ORDER

IT IS HEREBY ORDERED, that this action is dismissed in its entirety and as to all defendants, with prejudice.

DATED: 9/17/2012                              /s/ John A. Mendez_____
                                                              Honorable John A. Mendez
                                                              UNITED STATES DISTRICT COURT JUDGE